UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PBP, by and through LORI BOX, as next friend, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:15-CV-0296 UNA ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on February 16, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Court's Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable David D. Noce, United States Magistrate Judge, under cause number 2:15-CV-0010.

**IT IS FURTHER ORDERED** that cause number 4:15-CV-0296 UNA be administratively closed

                                                                    Gregory J. Linhares
                                                                    CLERK OF COURT

Dated: <u>February 17, 2015</u>                         By:<u> /s/ Katie Spurgeon, Deputy in Charge</u>

**In all future documents filed with the Court, please use the following case number 2:15-CV-0010 DDN.**